**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6246**

———————

RODNEY VANCE FRITH,

        Plaintiff - Appellant,

    v.

KYLE SMITH; INTERESTED PARTY,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Robert S. Ballou, District Judge.  (7:22-cv-00389-RSB-JCH)

———————

Submitted:  August 28, 2025                              Decided:  September 3, 2025

———————

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodney Vance Frith, Appellant Pro Se.  Grace Morse-McNelis, FRITH, ANDERSON & PEAKE, PC, Glen Allen, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Vance Frith appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint alleging deliberate indifference to his serious medical needs. We have reviewed the record and find no reversible error. Accordingly, we deny Frith's motion for leave to amend, deny Smith's motion to file a surreply, and affirm the district court's order. *Frith v. Smith*, No. 7:22-cv-00389-RSB-JCH (W.D. Va., Sept. 30, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*